684

46 So.2d 862

### Alvin JACKSON v. STATE.
### 5 Div. 306.

Court of Appeals of Alabama.
April 18, 1950.

Appeal from Circuit Court, Elmore County; Oakley W. Melton, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

44 So.2d 35

### Thomas Lee JACKSON v. STATE.
### 4 Div. 119.

Court of Appeals of Alabama.
Nov. 29, 1949.

Appeal from Circuit Court, Pike County; Chas. C. Brannen, Judge.

Assault and battery with weapon.

John C. Walters, of Troy, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

51 So.2d 914

### Albert JACOBS v. STATE.
### 6 Div. 44.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

PER CURIAM.

Affirmed.

48 So.2d 891

### Preston JAMES v. STATE.
### 8 Div. 924.

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

44 So.2d 915

### Ronald JARRETT v. STATE.
### 8 Div. 775.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Circuit Court, Limestone County; Newton B. Powell, Judge.

Assault to murder.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

44 So.2d 35

### Bob JEMISON v. STATE.
### 6 Div. 803.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Jefferson County; J. Russell McElroy, Judge.

First degree manslaughter.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.